**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **JOSE ALZADON, M.D.,** **MICHAEL BREGENZER, AND BARBIE** **VANHOOSE,** | |
|     **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

The matter is before the Court on the United States' motion to set a January 15, 2025, deadline for defendants to disclose any advice-of-counsel defense and to disclose discovery related to that defense. (DE 117.) In the motion, the Government represents that only one defendant, Michael Bregenzer, opposes the requested relief. Accordingly, it is hereby ORDERED that defendant Bregenzer SHALL FILE a response to the United States' motion within fourteen (14) days of the entry of this order.

This 4th day of December, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY