**CRIMINAL ACTION No. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**             **UNITED STATES' PROPOSED STATEMENT OF THE CASE**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE**                                                **DEFENDANTS**

The United States submits the following proposed statement of the case. Defendant Jose Alzadon does not object to this statement. Defendants Michael Bregenzer and Barbie Vanhoose have not responded to the United States' repeated inquiries about their position on this statement.

**Proposed Statement**

The Defendants, José Alzadon, Michael Bregenzer, and Barbie Vanhoose, are charged with one count of conspiracy to commit health care fraud, ten counts of health care fraud, two counts of aggravated identity theft, and one count of conspiracy to unlawfully distribute a controlled substance.

During the relevant time, the Defendants were all associated with a group of opioid addiction treatment clinics called Kentucky Addiction Centers ("KAC"). Alzadon was a doctor at KAC, Bregenzer was one of KAC's owners, and Vanhoose was the KAC billing and compliance manager. José Alzadon's father, Ricardo Alzadon, was also a doctor and you will hear about him throughout this case.

The United States alleges that the Defendants executed a health care fraud scheme by submitting, or causing others to submit, false and fraudulent claims for payment to health insurers,

1

including government-funded programs like Medicare and Kentucky Medicaid. Specifically, the United States alleges that Defendants: (1) billed for more complex services than were provided or billed for services that were not provided at all and (2) billed services in the name of Alzadon's father when Alzadon's father had not provided those services. The United States further alleges that Defendants' use of Alzadon's father's name in furtherance of the alleged health care fraud scheme constituted aggravated identity theft.

Finally, the United States alleges that the Defendants violated laws relating to the distribution of controlled substances. The controlled substance at issue in this case is Suboxone, which is a controlled substance used to treat opioid addiction. The United States alleges that the Defendants violated laws on controlled substance distribution by agreeing to write prescriptions for Suboxone in the name of Alzadon's father, when he was not the doctor treating the patient and by agreeing to a practice in which KAC front desk staff improperly maintained possession of and used electronic tokens and other devices to prescribe controlled substances to KAC patients when the tokens should have remained in the possession of medical providers like Ricardo and José Alzadon.

The Defendants deny all the charges in the indictment.


Respectfully Submitted,

PAUL MCCAFFREY
ACTING UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

By: */s/Dermot Lynch*
Dermot Lynch
Sarah Edwards
Samad Pardesi

Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, D.C. 20005
Dermot.Lynch@usdoj.gov
Sarah.Edwards@usdoj.gov
Abdus.Samad.Pardesi@usdoj.gov