Eastern District of Kentucky
FILED

MAR 21 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JOSE ALZADON, M.D.,<br>MICHAEL BREGENZER, AND BARBIE<br>VANHOOSE,<br><br>Defendants. | CRIMINAL NO. 5:23-09-KKC-MAS<br><br><u>VERDICT FORM</u> |

*** *** ***

As to Count One of the Superseding Indictment, we the jury find:

| | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes | |
| Michael Bregenzer | Yes | |
| Barbie Vanhoose | Yes | |

As to Count Four of the Superseding Indictment, we the jury find:

| | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes | |
| Michael Bregenzer | Yes | |
| Barbie Vanhoose | Yes | |

As to Count Five of the Superseding Indictment, we the jury find:

| | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes | |
| Michael Bregenzer | Yes | |
| Barbie Vanhoose | Yes | |

As to Count Six of the Superseding Indictment, we the jury find:

| | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes | |
| Michael Bregenzer | Yes | |
| Barbie Vanhoose | Yes | |

As to Count Seven of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer | Yes |  |
| Barbie Vanhoose | Yes |  |

As to Count Eight of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer | Yes |  |
| Barbie Vanhoose | Yes |  |

As to Count Nine of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer | Yes |  |
| Barbie Vanhoose | Yes |  |

As to Count Ten of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer | Yes |  |
| Barbie Vanhoose | Yes |  |

As to Count Eleven of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer | Yes |  |
| Barbie Vanhoose | Yes |  |

Only consider Count Twelve for a Defendant if that Defendant has been found guilty of Count One. As to Count Twelve of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer |  | Yes |
| Barbie Vanhoose | Yes |  |

Only consider Count Thirteen for a Defendant if that Defendant has been found guilty of Count Six. As to Count Thirteen of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | Yes |  |
| Michael Bregenzer |  | Yes |
| Barbie Vanhoose | Yes |  |

As to Count Fourteen of the Superseding Indictment, we the jury find:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| José Alzadon | yes |  |
| Michael Bregenzer | yes |  |
| Barbie Vanhoose | yes |  |

570

FOREPERSON

3/20/25

DATE