UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 23-cr-09-KKC-MAS-2     At  Lexington     Date  August 22, 2025

USA vs. Kristy Berry     X  present     ___ custody     ___ bond     X  OR     Age  _____

DOCKET ENTRY:   Proceedings held as noted.  The defendant's objection to the Presentence Report was SUSTAINED for reasons stated on the record.  The Court adopts the Presentence Report and the guidelines as modified.  There were no objections to the sentence as stated.

PRESENT:  HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | none | Elaine Haberer | Dermot William Lynch |
|---|---|---|---|
| Deputy Clerk | Interpreter | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft:   Holly R. Iaccarino     x  present     x  retained     ___ appointed

PROCEEDINGS:  **SENTENCING (Non-Evidentiary)**

| | |
|---|---|
| x | Objection to Presentence was SUSTAINED. |
| | No objections to Presentence Report. |
| x | The Court advised the defendant of appellate rights. |
| x | Transcript shall be deemed as written findings of Court. |
| x | Judgment shall be entered (See Judgment & Commitment.) |
| x | Defendant to remain on conditions of release and shall self-report to the facility designated by the Bureau of Prisons NO LATER THAN 2 P.M. ON. OCTOBER 21, 2025. |
| | Defendant remanded to custody of the USM. |

Copies:  COR, USP, USM

Initials of Deputy Clerk: gld
TIC:  1 hr 1 min.