**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

CRIMINAL ACTION NO. 5:23-cr-00009 -KKC-MAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF, |
| v.   **JOINT MOTION FOR EXTENSION OF TIME** | |
| ALZADON, ET AL | DEFENDANTS. |

COMES NOW Defendants Michael Bregenzer, Jose Alzadon, and Barbie Vanhoose ("Defendants"), by and through undersigned counsel ("Counsel"), and respectfully moves this Court under LCrR 47.1(b) for an additional one-week extension of time—up to and including September 12, 2025—to submit their replies to the Government's Response in Opposition, (R. 298), to their motion post-trial motions, (R. 271, 272). Good cause exists for the requested extension, as set forth below:

1. Following a three-week jury trial, Mr. Bregenzer was found guilty of Conspiracy to Commit Healthcare Fraud, in violation of 18 U.S.C. § 1349 (Count 1); Health Care Fraud, in violation of 18 U.S.C. §§ 1347, 2 (Counts 4-11); and Conspiracy to Unlawfully Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 (Count 14). Mr. Alzadon and Ms. Vanhoose were found guilty of the same, in addition to Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2 (Counts 12, 13). *See Verdict*, (R. 226).

2. On July 7, 2025, Mr. Bregenzer filed a Motion for Judgment of Acquittal and Motion for a New Trial, (R. 271), and Defendants José Alzadon and Barbie Vanhoose filed a Joint

1

Motion for Judgment of Acquittal, or in the Alternative, Motion for a New Trial, (R. 272), (together "Defendants' Motions").

3. On July 9, 2025, the Government filed a motion seeking leave to consolidate its responses to Defendants' Motions and for an extension of its filing deadline (R. 275). The Court granted the motion, extending the Government's response deadline to August 15, 2025, and establishing September 5, 2025, as the current deadline for Defendants to file their replies (R. 276).

4. The Government subsequently filed its consolidated Response in Opposition on August 14, 2025 (R. 298).

5. Counsel for Defendants have been diligently working to prepare their replies but require additional time due to preexisting professional obligations in other federal criminal matters.

6. Specifically, counsel for Mr. Bregenzer is currently responsible for drafting pretrial motions, due September 5, 2025, in *United States v. Sanjeev Kumar* (W.D. Tenn., Case No. 2:25-cr-20032-JTF). In addition, counsel is scheduled to attend an out-of-state sentencing hearing on Monday, September 8, 2025, in *United States v. Ali* (E.D. Mo., Case Nos. 4:20-cr-00098-HEA and 4:24-cr-00010-HEA), which has required significant preparation.

7. Counsel for Mr. Alzadon has been out of the office due to professional obligations in another federal case, *United States v. Endicott*, which has impacted counsel's ability to finalize the reply by the current deadline.

8. This request is made in good faith and not for the purpose of delay, but rather to ensure that Defendants have adequate time to fully and thoroughly address the Government's opposition.

9. The Government was contacted regarding this motion, and it indicated that it does not object to the requested extension.

WHEREFORE, Defendants respectfully request that the Court enter an order extending their deadline to file replies to the Government's Response in Opposition (R. 298) to their post-trial motions (R. 271, 272) by one week, up to and including September 12, 2025.

Respectfully submitted,

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
(Admitted Pro Hac Vice)
1441 West Long Lake Road, Suite 310
Troy, Michigan 48098
T: (248) 644-6326
RWChapman@ChapmanLawGroup.com
*Counsel for Defendant Bregenzer*

s/ *Noah R. Friend*
Noah R. Friend Law Firm, PLLC
P.O. Box 310
London, KY 40741
606-369-7030
noah@friendlawfirm.com
*Counsel for Defendant Alzadon*

s/ *Michael J. Curtis*
Michael J. Curtis
CURTIS LEGAL SERVICES, PSC
1544 Winchester Ave., Suite 708
P.O. Box 1455
Ashland, Kentucky 41105
T: (606) 324-5435
*Counsel for Defendant Vanhoose*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

<u>/s/ *Ronald W. Chapman II*</u>
Ronald W. Chapman II, Esq., LL.M.